Argued March 17, reversed and remanded March 24, 1975

EXECUTIVE DEPARTMENT, *Petitioner, v.*
AFSCME, LOCAL 2623, AFL-CIO (No.
C-320) (No. C-351), *Respondent.*

532 P2d 1146

*W. Michael Gillette,* Solicitor General, argued the cause for petitioner. With him on the brief were Lee Johnson, Attorney General, and William F. Hoelscher, Assistant Attorney General, Salem.

No appearance by respondent.

Before SCHWAB, Chief Judge, and FORT and DENECKE, Judges.

PER CURIAM.

REVERSED AND REMANDED. *Redmond Sch. Dist. v. PERB,* 19 Or App 212, 527 P2d 143 (1974); ORS 243.696.